## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| JDOG FRANCHISES, LLC,<br><br>            Plaintiff,<br><br>v.<br><br>NAF FAMILY GROUP INC. and<br>PEDRO BARNES,<br><br>            Defendants. | Civil Action No.: 2:24-cv-00285 |

## ORDER

**AND NOW**, this ___ of _____, 2024, after a hearing on Plaintiff, JDog Franchises, LLC's ("JDog"), Motion for a Temporary Restraining Order and Preliminary Injunction pursuant to Fed. R. Civ. P. 65, the Court has determined that JDog is likely to prevail on the merits and that JDog is likely to suffer irreparable harm if Defendants, NAF Family Group, Inc. ("NAF") and Pedro Barnes ("Barnes" and, with NAF, the "Defendants"), are not enjoined during the pendency of this action. JDog has established a reasonable probability of success on the merits of its claims and the need for injunctive relief to protect against the infliction of irreparable harm.

**IT IS HEREBY ORDERED AND DECREED THAT:**

1.      JDog's Motion is **GRANTED**; and

2.      NAF and Barnes, and all persons acting in concert with them, are restrained, for a period of twenty-four months, from directly or indirectly, or in any capacity whatsoever, within a fifteen mile radius of the Defendants' former territory, or within the metropolitan area in which their territory was situated, from competing with JDog or engaging any business or enterprise

similar in nature to the JDog franchise system, or offering for sale any products similar to the services provided when Defendants were JDog franchisees. JDog further seeks an order requiring Defendants to assign all telephone numbers and URLs associated with their formerly-franchised business to JDog; and

3.     NAF and Barnes shall assign any and all telephone numbers and URLs associated with their formerly-franchised business to JDog, and sign any and all documents necessary to effectuate a transfer of such telephone numbers and URLs; and

4.     JDog shall be permitted to make an application for attorneys' fees and costs, in accordance with Barnes' Principal Guaranties, within twenty (20) days of the date of this Order.

BY THE COURT:

_____