

EVAN M. GOLDMAN, ESQ.
FOUNDING PARTNER
THE FRANCHISE FIRM LLP
225 WILMINGTON WEST CHESTER PIKE, SUITE 200
CHADDS FORD, PENNSYLVANIA 19317
EVAN@THEFRANCHISEFIRM.COM
215.964.1553
THEFRANCHISEFIRM.COM

February 6, 2023

*VIA ELECTRONIC FILING AND ELECTRONIC MAIL*

Honorable Kai N. Scott, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
5614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106
Email: Chambers_of_Judge_Kai_Scott@paed.uscourts.gov

    Re:    **JDog Franchises, LLC v. NAF Family Group Inc., et al.
                Civil Action No.: 2:24-cv-00285**

Dear Judge Scott:

    The undersigned and The Franchise Firm LLP represent JDog Franchises, LLC ("Plaintiff") in the above-referenced matter. Enclosed, please find a proposed Consent Injunction and Dismissal Order signed by Defendants and by the undersigned, on behalf of Plaintiff. If acceptable, the parties request that the Court enter the enclosed Order and dismiss the above-referenced matter in accordance with same. Should the Court have any additional questions or concerns, please do not hesitate to contact me.

                            Very truly yours,

                            **THE FRANCHISE FIRM LLP**


                            **Evan M. Goldman, Founding Partner**

cc:    JDog Franchises, LLC (via electronic mail only)
        Pedro Barnes (via electronic mail only)
        Jeffrey M. Goldstein, Esquire (via electronic mail only)